### UNITED STATES of America, Plaintiff–Appellee,

v.

### Alexander MILIEN–FONG, Defendant–Appellant.

No. 04–16605.

D.C. Docket No. 04–20538–CR–PAS.

United States Court of Appeals, Eleventh Circuit.

July 29, 2005.

Beatriz Galbe Bronis, Assistant Federal Public Defender, Miami, FL, Kathleen M. Williams, Miami, FL, for Appellant.

Anne R. Schultz, Miami, FL, for Appellee.

Before BLACK, CARNES and PRYOR, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Alexander Milien–Fong appeals his 37–month concurrent sentences for conspiracy and possession with intent to distribute heroin, imposed because he violated 18 U.S.C. §§ 841(a) and (b)(1)(A)(i) and 846. He contends that the district court erred in light of *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 261 (2005), by sentencing him under a mandatory Guidelines system.

As the government correctly concedes, there was *Booker* error, it was preserved, and the government cannot show that the error was harmless. Accordingly, Milien–Fong's sentence is due to be vacated and the case remanded for the limited purpose of re-sentencing in light of the *Booker* decision.

SENTENCE VACATED AND RE-MANDED.